UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In re:  Case No.: 13-32217-DSO
Sheral Ann Joslyn  Chapter 7
 Hon. Daniel S. Opperman
**Debtor**
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $ **$10,310.88** represents the total sum of unclaimed dividends in this estate, and is paid to the Bankruptcy Court. The name and address of the parties entitled to these unclaimed dividends are as follows:

| Claim No.: | Creditor Name/Address | Amount |
|---|---|---|
| 8 | Westgate Group, LLC<br>1395 Brickell Ave.<br>Suite 800<br>Miami, FL  33131 | $481.95 |
| 9 | Account Adjustment Bureau<br>PO Box 38<br>Rockwood, MI  48173 | $1,433.80 |
| 11 | Ameriloan<br>3531 P Street NW<br>Miami, OK  74355 | $602.44 |
| 13 | Cardinal Management, LLC<br>2533 North Carson Street<br>Suite 4026<br>Carson City, NV  89706 | $512.07 |
| 14 | Charles Ellsworth DO<br>Department CH 17900<br>Palatine, IL  60055 | $90.37 |
| 15 | Hurley Medical Center<br>9171 Lapeer Road<br>Davison, MI  48423 | $100.41 |
| 18 | Fellenbaum, MD<br>1289 S. Linden<br>Flint, MI  48532 | $50.20 |

| | | |
|---|---|---:|
| 20 | Genesee Infectious Disease, PLC<br>606 Torry Road, Ste I<br>Flint, MI  48507 | 25.10 |
| 24 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL  60197 | $2,445.90 |
| 29 | Midland Funding<br>8875 Aero Dr., Ste 200<br>San Diego, CA  92123 | $1,424.06 |
| 30 | Midland Funding<br>8875 Aero Dr., Ste 200<br>San Diego, CA  92123 | $1,627.59 |
| 32 | My Cash Now<br>PO Box 229<br>Maragetville, NY  12455 | $879.41 |
| 34 | Riad Dali Ahmad, MD<br>Dept CH 17900<br>Palatine, IL  60055 | $35.14 |
| 36 | United Cash Loans<br>PO Box 111<br>Miami, OK  74355 | $602.44 |
| | **Total** | **$10,310.88** |

Dated: <u>June 19, 2015</u>

/s/ Collene K. Corcoran
Collene K. Corcoran
P.O. Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com