UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
Sheral Ann Joslyn

Case No. 13-32217-DOF
Chapter 7

## AMENDED ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Two Thousand Four Hundred forty-five and 90/100 dollars ($2,445.90) of unclaimed funds held in the U.S. Treasury to:

>HSBC Bank USA, National Association
>c/o The Locator Services Group Ltd
>280 Summer St, Ste 400
>Boston, MA 02210

Signed on August 15, 2016

/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge